| | |
|---|---|
| HOLLAND & KNIGHT LLP | SHOOK HARDY & BACON |
| Bruce J. Zabarauskas (SBN: 248601) | Diana A. Chang (SBN: 319714) |
| bruce.zabarauskas@hklaw.com | dchang@shb.com |
| Jonathan B. Shoebotham (*Pro Hac Vice*) | Shook Hardy & Bacon |
| jonathan.shoebotham@hklaw.com | 5 Park Plaza, Suite 1600 |
| Thompson & Knight LLP | Irvine, CA 92614 |
| 811 Main St., Suite 2500 | Telephone: (949) 475-1500 |
| Houston, Texas 77002 | Facsimile: (949) 475-0016 |
| Telephone: (713) 653-8668 | |
| Facsimile: (832) 397-8270 | *Attorneys for Specially Appearing Defendant Monsanto Company (Sued Herein as Doe 1)* [1] |
| *Attorneys for Specially Appearing Defendant Monsanto Company (Sued Herein as Doe 1)* | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LARRY SNYDER, and on behalf of all unnamed Plaintiffs similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>DOES 1 THROUGH 50, Inclusive, identified as MONSANTO COMPANY, PBI-GORDON CORPORATION, and THE DOW CHEMICAL COMPANY,<br><br>    *Defendants.* | Case No. 4:20-cv-08419-KAW<br><br>**STIPULATION AND ORDER FURTHER MODIFYING DEADLINES AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE (AS MODIFIED)** |

Pursuant to Civil Local Rule 7-11, Plaintiff LARRY SNYDER ("Plaintiff"), and Specially Appearing Defendants MONSANTO COMPANY, PBI-GORDON CORPORATION, and THE DOW CHEMICAL COMPANY ("Defendants"), as and for their Stipulation to Modify Deadlines and Continue Initial Case Management Conference, respectfully state the following:

---

[1] Pursuant to Civil Local Rule 3-4, a complete list of parties represented is contained on the signature pages of this Stipulation.

-1-

STIPULATION AND ORDER MODIFYING DEADLINES AND CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE (AS MODIFIED)        Case No. 4:20-cv-08419-KAW

1. On November 30, 2020, the Defendants removed this action from the Superior Court of the State of California for the County of Alameda. [Dkt. No. 1].

2. On January 19, 2021, Plaintiff filed his First Amended Complaint ("FAC"). [Dkt. No. 19.]

3. On February 18, 2021, each of the Defendants filed Motions to Dismiss. Defendant Monsanto Company filed its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(2), and 12(b)(6), and Alternatively Motion to Strike [Dkt. No. 28]. Defendant PBI-Gordon Corporation filed its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(2) and 12(b)(6) and Alternatively, Motion to Strike [Dkt. No. 30]. Defendant The Dow Chemical Company filed its Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P. Rules 8, 9, 12(B)(2) & (6), 12(f), 12(c)(1)(A) & 23(d0(1)(D) [Dkt. No. 31].

4. On February 18, 2021, the parties received Notice that the Initial Case Management Conference was rescheduled to July 27, 2021, with the Case Management Statement due by July 20, 2021. [Dkt. 29].

5. On June 11, 2021, the parties received Notice vacating the hearings set for June 17, 2021, on said Motions to Dismiss. The parties were further notified that said Motions to Dismiss will be decided on the papers. [Dkt. No. 45].

6. On July 13, 2021, defendant Monsanto Company filed an Uncontested Administrative Motion To Modify Deadlines and Continue Case Management Conference [Dkt. No. 46] (the "Initial Administrative Motion"), and a Stipulation and Order Modifying Deadlines And Continuing Initial Case Management Conference [Dkt. No. 47], requesting that the Court extend the deadlines for exchanging Initial Disclosures, the filing of a Case Management Statement and the date of the Initial Case Management Conference until at least thirty (30) days after the Court has ruled on the Motions to Dismiss.

-2-
STIPULATION AND ORDER FURTHER MODIFYING DEADLINES AND CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE (AS MODIFIED)         Case No. 4:20-cv-08419-KAW

7. On July 15, 2021, the Court enter an order granting the Initial Administrative Motion, which extended the deadline to file a Joint Case Management Statement to September 21, 2021, and continued the Initial Case Management Conference to September 28, 2021. [Dkt. No. 48].

8. The Motions to Dismiss remain *sub judice* before the Court.

9. In light of the pending Motions to Dismiss, the parties hereby stipulate, subject to Court approval of this stipulation, to a further continuation of the deadlines for the exchange of Initial Disclosures and the Case Management Statement until thirty (30) days after the Court rules on Defendants' pending Motions to Dismiss. The parties further jointly request that the Initial Case Management Conference be continued to a time at least 30 days after the Court rules on the pending Motions to Dismiss.

10. Continuing the deadline to file a Case Management Statement and the Initial Case Management Conference until at least 30 days after the Court has ruled on the pending Motions to Dismiss would permit the parties sufficient time to exchange Initial Disclosures and to prepare the Case Management Statement in advance of the Initial Case Management Conference. This requested continuance would serve the interest of judicial economy, conserve the Court's and the parties' resources, and allow for a more efficient and productive discussion with the Court during the Initial Case Management Conference given the procedural posture of this case. Specifically, considerable resources and litigation costs incurred in preparing the Case Management Statement and in preparing for the Case Management Conference and related deadlines will be avoided if the Court grants the pending Motions to Dismiss.

11. All parties to this action have conferred and consent to this Stipulation, the relief requested herein, and the following proposed order.

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate to, and request that the Court enter, an order further extending the deadlines for the exchange of Initial Disclosures, and filing of a Case Management Statement to January 25, 2022, and

1  continuing the Initial Case Management Conference to February 1, 2022 at 1:30 p.m.

2

3

4

5  DATED:  September 2, 2021          GOMEZ LAW GROUP

6                                     By:     /s/ Alvin M. Gomez
7                                             Alvin M. Gomez (SBN:  137818)
                                               amglawyers@yahoo.com
8                                              Frank Zeccola (SBN:  308875)
                                               amglawyers@yahoo.com
9                                              2725 Jefferson Street, Suite 7
                                               Carlsbad, CA 92008
10                                             Telephone:  (858) 552-0000
11                                             Facsimile:  (760) 542-7761

12                                     ATTORNEYS FOR LARRY SNYDER, and on
                                       behalf of all unnamed Plaintiffs similarly situated
13

14  DATED: September 3, 2021           HOLLAND & KNIGHT LLP

15                                     By:     /s/ Bruce J. Zabarauskas
                                               Bruce J. Zabarauskas (SBN: 248601)
16                                             bruce.zabarauskas@hklaw.com
                                               Jonathan B. Shoebotham (*Pro Hac Vice*)
17                                             jonathan.shoebotham@hklaw.com
                                               811 Main St., Suite 2500
18                                             Houston, Texas 77002
                                               Telephone: (713) 653-8668
19                                             Facsimile: (832) 397-8270

20
                                                       and
21
                                       SHOOK HARDY & BACON
22                                             Diana A. Chang (SBN: 319714)
                                               dchang@shb.com
23                                             Penn Plaza, Suite 1600
                                               Irvine, CA 92614
24                                             Telephone: (949) 475-1500
25                                             Facsimile: (949) 475-0016

26

27
                                              -4-
28  STIPULATION AND ORDER FURTHER MODIFYING DEADLINES AND CONTINUING INITIAL
    CASE MANAGEMENT CONFERENCE (AS MODIFIED)            Case No. 4:20-cv-08419-KAW

|   |   |   |
|---|---|---|
|   |   | ATTORNEYS FOR SPECIALLY APPEARING DEFENDANT MONSANTO COMPANY (sued herein as DOE 1) |
| DATED: September 2, 2021 |   | GORDON REES SCULLY MANSUKHANI, LLP |
|   | By: | /s/ Matthew P. Nugent<br>Matthew P. Nugent (SBN: 214844)<br>mnugent@grsm.com<br>P. Gerhardt Zacher (SBN: 043184)<br>gzacher@grsm.com<br>Thomas J. Tobin (SBN: 187062)<br>ttobin@grsm.com<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 696-6700<br>Facsimile: (619) 696-7124 |
|   |   | ATTORNEYS FOR SPECIALLY APPEARING DEFENDANT PBI-GORDON CORPORATION (sued herein as DOE 4) |
| DATED: September 2, 2021 |   | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|   | By: | /s/ Pamela M. Ferguson<br>Pamela M. Ferguson (SBN: 202587)<br>Pamela.Ferguson@lewisbrisbois.com<br>333 Bush Street, Suite 1100,<br>San Francisco, CA 94104<br>Telephone: (415) 362-2580<br>Facsimile: (415) 434-0882 |
|   |   | ATTORNEYS FOR SPECIALLY APPEARING DEFENDANT THE DOW CHEMICAL COMPANY (sued herein as DOE 2) |

-5-

STIPULATION AND ORDER FURTHER MODIFYING DEADLINES AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE (AS MODIFIED)          Case No. 4:20-cv-08419-KAW

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

3   DATE:  September 10, 2021

_____
Hon. Kandis A. Westmore
United States Magistrate Judge
Northern District of California

-6-
STIPULATION AND ORDER FURTHER MODIFYING DEADLINES AND CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE (AS MODIFIED)          Case No. 4:20-cv-08419-KAW