1

2

3          **UNITED STATES DISTRICT COURT**

4          **NORTHERN DISTRICT OF CALIFORNIA**

5

6    **LARRY SNYDER,**                          Case No.  4:20-cv-08419-YGR

7              Plaintiff,                        **ORDER GRANTING PLAINTIFF'S**
                                                 **NOTICE OF VOLUNTARY**
8         v.                                     **DISMISSAL AND CLOSING THE**
                                                 **CASE**
9    **DOES 1 THROUGH 50, INCLUSIVE, ET AL.**
              Defendants.                        Dkt. No. 71
10

11         On March 2, 2022, the Court granted a motion to dismiss defendants Monsanto Company,

12   PBI-Gordon Corporation, and The Dow Chemical Company without leave to amend.  (Dkt. No.

13   70.)  Having dismissed these defendants, the Court set a compliance deadline of April 1, 2022,

14   directing the plaintiff to submit a notice of voluntary dismissal, a one-page statement indicating

15   how this case should proceed, or a statement explaining plaintiff's failure to comply.  On March 9,

16   2022, plaintiff filed a notice of voluntary dismissal that dismisses the rest of his case in its entirety.

17   (Dkt. No. 71.)  The voluntary dismissal is approved, and the remaining doe defendants and E.I.

18   Dupont De Nemours and Company are dismissed without prejudice.

19         The Clerk is **DIRECTED** to terminate the case.

20         **IT IS SO ORDERED.**

21   Dated: March 11, 2022

22                                               _____
                                                 **YVONNE GONZALEZ ROGERS**
23                                               **UNITED STATES DISTRICT JUDGE**

24

25

26

27

28

*United States District Court*
*Northern District of California*